## Statement of Claim


FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 12:33 pm, Feb 04, 2020

Refusal by U C Davis to provide data, requested by a FOIA, from a study funded by a grant from the NIH. The refusal was based on privacy concerns. U C Davis did two studies, Autism clusters identified in California associated with areas of greater parental education and Residential proximity to freeways and autism. Both of the studies were looking for the same thing, areas with higher than normal levels of autism. The first study was published with maps showing the areas clearly outlined, and no concerns about privacy. The second about freeways was published without identifying the areas. The location of these areas is the data that I need for my research. I offered to sign a nondisclosure agreement or any other document that would prevent me from using the data to impact the privacy of any California resident, my offer was refused.

I have been researching the cause of autism for 12 years and firmly believe that I have found the genetic trait and the environmental component responsible. I believe this data will provide another important piece of evidence that will bolster my hypothesis. The release of the data would be in the public interest.

There is no financial gain to be had from any of this, only the knowledge that we prevented future autism.