# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

OREN G. EVANS,

    Plaintiff,

v.

UNIVERSITY OF CALIFORNIA DAVIS,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-25

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 5, 2020, Report and Recommendation, (doc. 5), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation (doc. 5) as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA