AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OREN G. EVANS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-25

UNIVERSITY OF CALIFORNIA DAVIS,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 24, 2020, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of this Court, judgment is entered dismissing Plaintiff's Complaint without Prejudice. This case stands closed.

Approved by: _____

April 29, 2020                     John E. Triplett, Acting Clerk
Date                               Clerk

                                   _____
                                   (By) Deputy Clerk

GAS Rev 10/1/03